UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

CASE NO.: 08-13666-BKC-PGH
PROCEEDING UNDER CHAPTER 13

NORMAN DALE CONLEY, SR.
XXX-XX-8902
MARIA TERESA CONLEY
XXX-XX-3180

DEBTORS                    /



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

SEP 06 2011

FILED          RECEIVED

**NOTICE OF DEPOSIT OF FUNDS WITH
THE U.S. BANKRUPTCY COURT CLERK**

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $9.18 remaining in her bank account
which represents unpresented checks drawn and mailed to entities
pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in
a case under Chapter 13 in the above-named case. The Trustee has made
a good-faith effort to verify the correct mailing address for said
entities and to deliver the funds before presenting this notice. More
than sufficient time has passed for these checks to be presented for
payment.

Attached and made a part of this notice, is a list, pursuant to
Bankruptcy Rule 3001, of the names, claim numbers and addresses of the
claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum
has been deposited with the Clerk of the U.S. Bankruptcy Court,
Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing
Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court
Clerk was mailed to the parties listed on the attached service list
this 1st day of September, 2011.

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**P A I D**
#135750

## SERVICE LIST

DEBTORS
NORMAN DALE CONLEY, SR.
MARIA TERESA CONLEY
590 SW GROVE AVE
PORT SAINT LUCIE, FL 34983

ATTORNEY FOR DEBTORS
K. DRAKE OZMENT, ESQUIRE
2001 PALM BEACH LAKES BLVD
SUITE 410
W PALM BEACH, FL 33409

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK**

**Attachment - Listing of Claimant**

Case Number:    08-13666-BKC-PGH

Creditor No.:   292897

Claimant:       CHASE BANK USA, NA
                PO BOX 100018
                KENNSESAW, GA 30156-9204